IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESKER MARTIN III** **PLAINTIFF**

v. No: 4:21-cv-00159-JM

**JACKSON,** *et al.* **DEFENDANTS**

## ORDER

Plaintiff Esker Martin III filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on March 1, 2021 (Doc. No. 2). On March 25, 2021, the Court entered an order directing Martin to file an amended complaint clarifying his claims within 30 days. *See* Doc. No. 3. Martin was cautioned that failure to comply with the Court's order within that time would result in the dismissal of his case.

More than 30 days have passed, and Martin has not complied or otherwise responded to the March 25 order. Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Martin's complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE.

DATED this 6th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE