# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ESKER MARTIN III**                                                                                                            **PLAINTIFF**

**v.**                                              No: 4:21-cv-00159-JM

**JACKSON,** *et al.*                                                                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 6th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE