IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ESKER MARTIN III**                                                                                       **PLAINTIFF**

v.                               Case No: 4:21-cv-00159 JM-PSH

**MARYETTE JACKSON**                                                                           **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 16th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE